**Criminal Notice of Appeal - Form A**

## NOTICE OF APPEAL

**United States District Court**

_____ District of __Connecticut____

Caption:

__United States_____ v.

__Gerund Mickens_____

Docket No.: __3:17CR65(SRU)_____

__The Hon. Stefan R. Underhill__
(District Court Judge)

Notice is hereby given that __Gerund Mickens_____ appeals to the United States Court of

Appeals for the Second Circuit from the judgment __✔__, other |___  _____
(specify)

entered in this action on __01/15/2020_____.
(date)

This appeal concerns: Conviction only |___|   Sentence only |___|   Conviction & Sentence |✔|  Other |___.

Defendant found guilty by plea |___| trial |✔| N/A |___.

Offense occurred after November 1, 1987?   Yes |✔|  No [____   N/A [___

Date of sentence: __01/13/2020_____   N/A |___|

Bail/Jail Disposition: Committed |✔|   Not committed |___|   N/A |

Appellant is represented by counsel?  Yes ✔ | No |____   If yes, provide the following information:

Defendant's Counsel:      James P. Maguire, Assistant Federal Defender

Counsel's Address:        Office of the Federal Defender

                          265 Church Street, Suite 702, New Haven, CT 06510

Counsel's Phone:          203-498-4200

Assistant U.S. Attorney:  Jocelyn Courtney Kaoutzanis, Assistant U.S. Attorney

AUSA's Address:           United States Attorney's Office

                          157 Church Street, 25th Floor, New Haven, CT 06510

AUSA's Phone:             203-821-3756

/s/ James P. Maguire
_____
Signature